# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

SAMUEL PAUL RANSON,

               Plaintiff,

v.                                   CIVIL ACTION NO.  3:17-1547

WESTERN REGIONAL JAIL,
JOSHUA WADE HUGHES, and
NURSE JANE DOE,

               Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant the Western Regional Jail's Motion to Dismiss (ECF No. 9) and Joshua Wade Hughes' Motion to Dismiss (ECF No. 19) and dismiss this civil action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, 42 U.S.C. § 1997e(a), W. Va. Code § 25-1A-2(c), and W. Va. Code § 55-7B-6. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** the Western Regional Jail's Motion to Dismiss (ECF No. 9) and Joshua Wade Hughes' Motion to Dismiss (ECF No. 19) and **DISMISSES** this civil action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, 42 U.S.C. § 1997e(a), W. Va.

Code § 25-1A-2(c), and W. Va. Code § 55-7B-6, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:     February 15, 2018

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE